Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HELOISA CASTRO, et al.<br><br>Defendants. | CASE NO. 3:12-cv-01036-NC<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER ~~(Proposed)~~ AS MODIFIED |

TO THE HONORABLE NATHANAEL M. COUSINS, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

Plaintiff G & G Closed Circuit Events, LLC, hereby applies *ex parte* for an order continuing the Initial Case Management Conference in this action, presently set for Wednesday, June 13, 2012 at 2:00 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendants Heloisa Castro and Claudio Almeida Waqued have not yet answered Plaintiff's Complaint.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Initial Case Management Conference presently scheduled for Wednesday, June 13, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

                                                  Respectfully submitted,

Dated: June 6, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL CASEMANGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 3-12-CV-01036-NC**
**PAGE 2**

1

<u>**ORDER**</u> **(Proposed)**

2

3          It is hereby ordered that the Initial Case Management Conference in civil action number 3:12-cv-

continued.

4    01036-NC styled *G & G Closed Circuit Events, LLC v. Heloisa Castro, et al.*, is ~~hereby vacated.~~

          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

5

6    Certification of Service of this Order with the Clerk of the Court.

7          The Case Management Conference is set for August 1, 2012 at
          10:00 a.m. Parties shall file a joint case management statement

8          no later than July 25, 2012.

9

10   **IT IS SO ORDERED**:

11



12

13   _____          Dated: <u>June 7, 2012</u>

14   **THE H...**                 **M. COUSINS**
     **United S...**
15   **Northern ...**

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL CASEMANGEMENT**
**CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3-12-CV-01036-NC**
**PAGE 3**

1

## PROOF OF SERVICE (SERVICE BY MAIL)

2

3

I declare that:

4

5

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6

and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7

California 91030.  I am readily familiar with this law firm's practice for collection and processing of

8

correspondence/documents for mail in the ordinary course of business.

9

10

On June 6, 2012, I served:

11

12

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

13

14

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

15

prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

16

17

Heloisa Castro (Defendant)
4115 Concord Blvd., Suite 70
Concord, CA 94519

18

19

Claudio Almeida Waqued (Defendant)
4115 Concord Blvd., Suite 70
Concord, CA 94519

20

21

22

I declare under the penalty of perjury pursuant to the laws of the United States that the

23

foregoing is true and correct, and that this declaration was executed on February 21, 2012, at South

24

Pasadena, California.

25

26

Dated:  June 6, 2012                                    */s/ Maria Baird*_____
                                                                    **MARIA BAIRD**

27

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING INITIAL CASEMANGEMENT
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3-12-CV-01036-NC
PAGE 4**