IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | Case No. C 12-01036 RS |
| Plaintiff, | **ORDER RE MEMORANDUM OF COSTS AFTER JUDGMENT** |
| v. | |
| HELOISA CASTRO and CLAUDIO ALMEIDA WAQUED, individually and d/b/a MARCELLO'S PIZZA, | |
| Defendant. | |
| _____/ | |

Plaintiff has filed a California Judicial Council form entitled "Memorandum of Costs After Judgment, Acknowledgement of Credit, and Declaration of Accrued Interest," on which it claims "interest on the judgment accruing at the legal rate from the date of entry." The accompanying declaration of counsel, however, calculates the claimed amount as *pre*-judgment interest. While it is unclear what purpose plaintiff intends these filings to serve, they neither establish the amount of post-judgment interest that has accrued, nor establish a right to recover pre-judgment interest, which was not included in the judgment.

1

No. C 12-01036 RS

1  IT IS SO ORDERED.

2  Dated: 9/2/14

                                    _____
3                                   RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE